IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MATIAS LOPEZ-MEJIA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:25-cv-02115 (AJT/IDD) |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**<u>ORDER</u>**

Before the Court is Petitioner Matias Lopez-Mejia's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on November 20, 2025.

Petitioner is a citizen of El Salvador, who has lived in Alexandria, Virginia since 2008 after entering the United States without inspection. [Doc. No. 1] ¶¶ 2, 17, 24. On October 28, 2025, Petitioner and his wife were arrested at an Immigration and Customs Enforcement (ICE) checkpoint on the George Washington Memorial Parkway, and taken to an ICE field office in Chantilly, Virginia. *Id.* ¶¶ 26–27. Petitioner was then transferred to the Caroline Detention Center, where he remains in detention. *Id.* ¶¶ 28, 33. Petitioner was issued a Notice to Appear ("NTA"), charging him with being inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i) and thus removable subject to removal proceedings. *Id.* ¶ 29. Petitioner has not been provided a bond hearing. *Id.* ¶ 74.

On November 25, 2025, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 7]. Accordingly,

the Court incorporates the filings in *Hernandez* into the record of this habeas action.[1] For the

reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an

immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order;

and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are

ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision

pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the

bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was

denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record.


Alexandria, Virginia
December 2, 2025

Anthony J. Trenga
Senior United States District Judge

---

[1] Respondents submit additional briefing on Petitioner's APA claim but since the Court grants relief on due process grounds, it does not address the merits of Petitioner's APA claim.

2